| | |
|---|---|
| 1 | The Honorable Barbara J. Rothstein |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL STANWOOD, individually,<br><br>Defendant. | NO. 2:21-cv-01011-BJR<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF ATTORNEY FEES OR COSTS** |

## STIPULATION

IT IS HEREBY AGREED AND STIPULATED by and between the undersigned attorneys on behalf of their clients as follows:

All claims for relief by and among Plaintiff First American Title Insurance Company and Defendant Michael Stanwood in this litigation are hereby dismissed, with prejudice and without award of attorney's fees to either party.

| | |
|---|---|
| Stipulated and Agreed to this 31st day of March, 2020.<br><br>TOUSLEY BRAIN STEPHENS PLLC<br><br><br>By: *s/Chase C. Alvord*<br>    Chase C. Alvord, WSBA# 26020 | Stipulated and Agreed to this 31st day of March, 2020.<br><br>SOCIUS LAW GROUP, PLLC<br><br><br>By: *s/Adam R. Asher*<br>    Adam R. Asher, WSBA #35517 |

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT AWARD OF ATTORNEY
FEES OR COSTS - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1200 5th Ave, Suite 1700<br>Seattle, WA 98101<br>calvord@tousley.com | Jason L. Bergevin, WSBA #40393<br>600 University St, Ste 2510<br>Seattle, WA 98101<br>206-838-9100<br>aasher@sociuslaw.com<br>jbergevin@sociuslaw.com |
| | Stipulated and Agreed to this 31st day of March, 2020.<br><br>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP<br><br><br>By: *s/David Kurtz*<br>    David Kurtz, *Admitted Pro Hac Vice*<br>    535 Boylston Street, Suite 902<br>    Boston, MA 02116<br>    617.849.7885<br>    dkurtz@constangy.com |

///

///

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT AWARD OF ATTORNEY
FEES OR COSTS - 2

# ORDER

Based on the foregoing stipulation, NOW, THEREFORE, IT IS HEREBY ORDERED and adjudged that all claims for relief between Plaintiff <u>First American Title Insurance Company</u> and Defendant <u>Michael Stanwood</u> are dismissed with prejudice in all particulars in accordance with terms of this stipulation and without costs to the parties.

IT IS SO ORDERED.

DATED this 6th day of April, 2022.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

 s/Chase C. Alvord
Chase C. Alvord, WSBA #26020
TOUSLEY BRAIN STEPHENS PLLC
*Attorney for Defendant*

s/Adam R. Asher
Adam R. Asher, WSBA #40393
SOCIUS LAW GROUP, PLLC
*Attorney for Plaintiff*

s/David Kurtz
David Kurtz, *Admitted Pro Hac Vice*
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
*Attorney for Plaintiff*

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF ATTORNEY FEES OR COSTS - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992